UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
BOWLING GREEN DIVISION

UNITED STATES OF AMERICA                                        PLAINTIFF

v.                                          CRIMINAL ACTION NO. 1:08CR-3-R

DAVID WILSON BRIDGES, JR.                                      DEFENDANT

## MEMORANDUM & ORDER

This matter is before the Court on Defendant's *pro se* motion for sentencing and

pretrial transcripts and copies of a motion for discovery, arrest warrants, and the indictment, all

without cost (DN 61).  Defendant seeks the transcripts "to help me pursue my case and it would

be of great use and appreciation to acquire these [] documents."

A defendant must show that transcripts are "reasonably necessary to present an effective

defense [in a] subsequent proceeding."  *United States v. Johnson*, 584 F.2d 148, 157 (6th Cir.

1978).  A review of the record reveals that Defendant's federal defender filed a notice of appeal

on Defendant's behalf as recently as August 20, 2008.  However, because Defendant is

represented on appeal in this matter, should transcripts and other documents be needed, the

federal defender can request them on Defendant's behalf.  The Court will not entertain

Defendant's *pro se* motion.

**IT IS THEREFORE ORDERED** that motion for transcripts and copies of other

documents without cost (DN 61) is **DENIED**.[1]

---

[1]The Court notes that a review of the appellate docket sheet (No. 08-6043) reveals that the appellate case is being held in temporary abeyance at the request of the federal defender, who indicated in his motion for abeyance that "the appellant does not want to pursue [the appeal] and will most likely ask that this appeal be dismissed."  Thus, even though an appeal is pending, per the record, it appears that Defendant wishes to dismiss the appeal, offering yet another reason for the request for transcripts and copies to be denied.

This ruling in no way prohibits Defendant from having access to the transcript if he pays the court reporter for the cost of the transcription services.[2]

Date:

cc:      Defendant
         Counsel of Record
4413.005

---

[2]Should Defendant wish to pay for the cost of transcription, the court reporter at his sentencing hearing was Michelle Kerr, Room 304, 423 Frederica St., Owensboro, KY 42301.  All other proceedings were transcribed by Regina McBride, U.S. District Court, 400 E. 9th Street, Room 8652, Kansas City, MO  64106.

2